UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| UNITED STATES OF AMERICA, | No. 05-30524 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-04-00079-1-RRB |
| v. | District of Alaska, Anchorage |
| LADALE WREN, | |
| Defendant - Appellant. | ORDER |

Before: Peter L. Shaw, Appellate Commissioner

The motion of the Federal Public Defender to be relieved as counsel for appellant and for appointment of substitute counsel is granted. New counsel will be appointed by separate order.

The Clerk shall serve a copy of this order on Richard Curtner, Federal Public Defender, 550 West Seventh Avenue, Suite 1600, Anchorage, Alaska 99501-3568, who will locate appointed counsel. The district court shall provide the Clerk of this court with the name and address of appointed counsel by facsimile transmission (FAX: (415) 556-6228) within 14 days of locating counsel.

New counsel shall designate the reporter's transcript by May 15, 2006. The transcript is due June 14, 2006. Appellant's opening brief and excerpts of record are due July 24, 2006; appellee's answering brief is due August 23, 2006; and the optional reply brief is due within 14 days after service of the answering brief.

*/s/ Peter L. Shaw*
General Order 6.3(e)

S:\MOATT\Cmshords\03.06\nw\05-30524.wpd